

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00349-CR

**NICHOLE D. JONES,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 278th District Court**
**Walker County, Texas**
**Trial Court No. 30645**

## MEMORANDUM OPINION

Nichole D. Jones attempts to appeal her conviction for evading arrest.  The record contains a Certification of Defendant's Right of Appeal signed by the trial court indicating this "is a plea-bargain case, and the defendant has NO right of appeal" and "the defendant has waived the right to appeal."

When the defendant is the appellant, the record must include the trial court's certification of the defendant's right of appeal.  *See* TEX. R. APP. P. 25.2(d).  We must

dismiss an appeal "without further action, regardless of the basis for the appeal" if the trial court's certification shows there is no right to appeal. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (holding that an appellant who has executed a waiver of appeal, whether negotiated or non-negotiated, could not appeal without securing the consent of the trial court). Because the trial court's certification shows there is no right to appeal, this appeal is dismissed.[1]

STEVE SMITH
Justice

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Appeal dismissed
Opinion delivered and filed January 16, 2025
Do not publish
[CR25]



---

[1] All pending motions are dismissed.